# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-782
LT Case No. 2020-CF-1123

_____

WILLIAM TORRES FERNANDEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Matthew J. Metz,, Public Defender, and Allison A. Havens,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Anne C.
Conley, Assistant Attorney General, Daytona Beach, for
Appellee.

December 19, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____